# In the United States District Court for the Southern District of Georgia Brunswick Division

CINDY BUTTON,

    Plaintiff,

v.

McINTOSH COUNTY BOARD OF ASSESSORS, et al.,

    Defendants.

CV 222-067

## ORDER

Before the Court is Plaintiff Cindy Button's notice of voluntary dismissal, dkt. no. 10, wherein she notifies the Court that she wishes to dismiss all claims asserted in this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all other pending motions, dkt. nos. 8, 9, and close this case.

**SO ORDERED**, this 5 day of October, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA